SOUTHERN COTTON OIL COMPANY v. W. R. GRACE & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARMELO SILVESTRO v. P. FURY and Another.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BROOKLYN SAVINGS BANK v. THE JOSEPH WECHSLER ESTATE and Others, Impleaded with LOUIS WECHSLER, Individually and as Executor, etc., of ABRAM WECHSLER, Deceased, and as Administrator, etc., of BARBARA WECHSLER, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALTER MIRSKI v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted. Present — O'Malley, Merrell, Sherman and Townley, JJ.

ELIZABETH HILLIARD and Another v. CIPOLARO TRUCKING CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JULIUS O. BERMAN v. PAUL A. MOSESIAN & SON, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE LEHIGH VALLEY RAILWAY COMPANY v. AMERICAN RADIATOR COMPANY. — Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of WAI TZUN SILK COMPANY, LTD., against SILK MANUFACTURERS CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. ARTHUR HELFHAT v. J. NORMAN WHITEHOUSE and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS LESHIN and Another v. CHARLES IMMIG.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. THE BANK OF UNITED STATES, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. IDA BRAVEMAN.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. DAVID BILGORE and Another.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JACOB METZGER against MARTIN A. HEALY and Others.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

T. HOGAN & SONS, INC., v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the

Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JACOB J. KIRSHENBAUM v. GENERAL OUTDOOR ADVERTISING CO., INC., and ELIZABETH W. CHAPMAN.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH KRAMER v. KENNETH VAN STRUM, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of THE CENTRAL REPUBLICAN CLUB.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OLLIE JOHNSON IJAMES, as Administratrix, etc., of JOSEPH STARR JOHNSON, Deceased, v. BETA STEAMSHIP CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

A. LINCOLN SCOTT v. FIRST NATIONAL BANK and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KRAGUS REALTY COMPANY, INC., against THE TENEMENT HOUSE DEPARTMENT OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of DANIEL EPSTEIN against THE TENEMENT HOUSE DEPARTMENT OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEVENTH NATIONAL BANK OF NEW YORK v. MORRIS SONNENBLUM and Others, and LOUIS H. SOLOMON.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAMPORT MFG. SUPPLY CO., INC., v. WHITE DUCK MANUFACTURING OUTFITTING CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES J. JOLESCH v. GUS K. WORMS and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAULINE SPRINGER v. " MAX " FOX and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANNA WEINGARTEN v. CHARLES KRAMER and Another.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRVING G. FRIED v. JOSEPH FELDMAN and BEBE SILBERMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS J. EHRET HOLDING CORPORATION v. 489 PARK AVENUE, INC., and Others.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.